*Crimes — bigamy — judgment of conviction affirmed.*

*People* v. *Mayo*, 209 App. Div. 863, affirmed.
(Argued April 1, 1925; decided May 5, 1925.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered June 20, 1924, which affirmed a judgment of the
court at a criminal trial term, rendered upon a verdict
convicting the defendant of the crime of bigamy.

*George Gordon Battle, Almuth C. Vandiver* and *Ludlow
S. Fowler* for appellant.

*Joab H. Banton, District Attorney (Felix C. Benvenga*
of counsel), for respondent.

Judgment affirmed under section 542 of the Code of
Criminal Procedure; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND and
LEHMAN, JJ. Dissenting: MCLAUGHLIN, CRANE and
ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* WILLIAM AISENSTEIN, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* IDA ALTSITZER, Appellant.

*Crimes — unlawfully stamping, marking and offering for sale merchandise
— judgments of conviction affirmed.*

*People* v. *Aisenstein*, 209 App. Div. 819, affirmed.
*People* v. *Altsitzer*, 209 App. Div. 819, affirmed.
(Argued April 1, 1925; decided May 5, 1925.)

APPEAL, in each of the above-entitled actions, from a
judgment of the Appellate Division of the Supreme Court
in the first judicial department, entered May 29, 1924,
which affirmed a judgment of the Court of Special Sessions
of the City of New York convicting defendant of a viola-
tion of section 422 of the Penal Law in unlawfully stamp-
ing, marking and offering for sale merchandise.

*William Solomon* for appellants.

*Joab H. Banton, District Attorney (Felix C. Benvenga* of counsel), for respondent.

Judgment in each case affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.